UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAM LANGER,

      Plaintiff,

v

Case No.  05-60209
Hon:  John Corbett O'Meara

ALLIED WASTE SERVICES OF NORTH
AMERICA, LLC, and BFI WASTE SYSTEMS
OF NORTH AMERICA, INC.
Jointly and severally,

      Defendants.
_____

| Scott D. Norton (P35717) | John A. Libby (P33641) |
|---|---|
| Norton & Norton | Law Offices of John A. Libby, P.C. |
| Attorney for Plaintiff | Attorney for Defendants |
| 401 S. Old Woodward Ave., Suite 450 | 3150 Livernois, Suite 118 |
| Birmingham, MI 48009 | Troy, MI  48083 |
| (248) 203-9940 | (248) 619-1734 |

_____

ORDER GRANTING DEFENDANTS' MOTION FOR JUDGMENT
ON THE PLEADINGS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

At a session of said court held in Ann Arbor,
Michigan on __January 20, 2006__

Present: Honorable John Corbett O'Meara
United States District Court Judge

      This matter having come before the Court upon Defendants' Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment, the Court having reviewed the motion and the briefs filed in support thereof and in opposition thereto, the Court having entertained oral argument of counsel, the Court being otherwise duly advised in the premises, and for the reasons stated from the bench on January 12, 2006:

IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment is hereby GRANTED.

IT IS FURTHER ORDERED that this Order constitutes a final order of the Court and disposes of the last pending claim and closes the case.

s/John Corbett O'Meara
John Corbett O'Meara
United States District Judge

Dated:  January 20, 2006

APPROVED AS TO FORM

s/Scott D. Nolan
Scott D. Norton (P35717)
Attorney for Plaintiff


s/John A. Libby
John A. Libby (P33641)
Attorney for Defendant

CERTIFICATE OF NOTICE

I hereby certify that on January 20, 2006, I electronically submitted the foregoing order to the

Clerk of the Court for entry using the ECF system and I further certify that I have mailed by

United States Postal Service the paper to the following non-ECF participants: Scott D. Norton,

Esq, Norton & Norton, 401 S. Old Woodward Ave., Suite 450, Birmingham, MI. 48009

          LAW OFFICES OF JOHN A. LIBBY, P.C.

          By:    s/ John A. Libby
                John A. Libby (P33641)
          Attorney for Defendants
          3150 Livernois, Suite 118
          Troy, MI 48083(248) 619-1734

Dated: January 20, 2006